IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHANE LEE MITCHELL**  **PLAINTIFF**
**ADC #121150**

v.  Case No. 4:25-cv-00960-KGB

**ESTELLA BLAND**  **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Shane Lee Mitchell's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal is considered frivolous and not in good faith.

So adjudged this 5th day of January, 2026.

_____
Kristine G. Baker
Chief United States District Judge